No. 330, Misc. LAWRENSON v. UNITED STATES FIDELITY & GUARANTY Co. C. A. 4th Cir. Certiorari denied.

No. 162, Misc. ASHBROOK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner pro se. Solicitor General Cox for the United States.

No. 277, Misc. FABIAN v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 72, Misc. LARTIGUE v. R. J. REYNOLDS TOBACCO Co. ET AL. Motion to use record in No. 386, Misc., October Term, 1963, granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. H. Alva Brumfield, Sylvia Roberts and Melvin M. Belli for petitioner. Harry McCall, Harry B. Kelleher, Theodore Kiendl, Porter R. Chandler and Edwin J. Jacob for respondents.

No. 158, Misc. GRAVIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. Irwin L. Germaise, Bernard B. Polak and Eugene Gressman for petitioner. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Theodore George Gilinsky for the United States.

No. 333, Misc. WILLIAMS v. NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.